UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE CONLEY, NANCY CONLEY,
Individually and NANCY CONLEY
as NEXT FRIEND OF J. C., a Minor

Hon.

Plaintiffs

v.

MLT, INC., a Minnesota corporation,
DIAMOND HOTELS COZUMEL S.A.
de C.V., a foreign corporation, HOLIDAY
VILLAGE WHITE SANDS S.A., a foreign
corporation, OCCIDENTAL HOTELS
MANAGEMENT B.V., a foreign corporation,
OCCIDENTAL HOTELES MANAGEMENT,
S.L., a foreign corporation, and ALLEGRO
RESORTS MARKETING CORPORATION,
a Florida corporation

Defendants,

_____/

LAW OFFICES OF BENNER & FORAN
BRIAN J. BENNER (25239)
NANCY SAVAGEAU (P56546)
Attorneys for Plaintiffs
28116 Orchard Lake Road
Farmington Hills, MI 48334
248-737-5544

_____/

1

## **PETITION FOR APPOINTMENT OF NEXT FRIEND**

NOW COMES petitioner herein, Nancy Conley, by and through her attorneys, Benner and Foran, and respectfully says unto this Honorable Court as follows:

1. That your petitioner, Nancy Conley, at all times relevant hereto, was a resident of Canton Township, County of Wayne, State of Michigan.

2. That Nancy Conley, is the mother of J.C. ▓▓▓ who was born on ▓▓▓ ▓▓▓.

3. That your petitioner believes that J.C. ▓▓▓ has a right of action against the above named defendants.

WHEREFORE, your petitioner prays as follows:

A. That this Honorable Court appoint Nancy Conley, the Next Friend of J.C. ▓▓▓ and become the security for the costs therefore.

B. That she have such other and further relief as may be agreeable to equity and good conscience.

*Nancy Conley* (signature)

LAW OFFICES OF
BENNER AND FORAN

BY: *Brian J. Benner* (signature)
BRIAN J. BENNER (P25239)
Attorney for Plaintiff
28116 Orchard Lake Road
Farmington Hills, MI 48334
(248) 737-5544

-2-

## CONSENT OF NANCY CONLEY

I, Nancy Conley, hereby consent to be appointed next friend of J.C. ███████, for the purposes of commencing and prosecuting an action against the above named defendants.

*Nancy Conley*

## CONSENT OF J.C. ███████

I, J.C. ███████, hereby consent to be the appointment of Nancy Conley as my next friend for the purposes of commencing and prosecuting an action against the above named defendants.

STATE OF MICHIGAN )
                         ) SS
COUNTY OF OAKLAND )

On this 28th day of Feb., 2011 before me, a notary public in and for the County of Oakland, State of Michigan, personally appeared Nancy Conley and J.C. ███████ who being first duly sworn, deposes and says that they have read the foregoing Petition for Appointment of Next Friend and by them subscribed, that they know the contents thereof and that the same is true of their own knowledge and belief and as to those matters, they believe them to be true.

Beverly A Goetz Notary Public
Oakland County, Michigan
Acting in Oakland County
My Commission Expires: 8/12/2013

-3-