UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Steve Conley et al

          Plaintiff(s),          Case No. 2:11-cv-11205

v.                                                Judge Sean F. Cox

MLT, Incorporated et al

          Defendant(s).
_____/

## NOTICE OF ERROR DIRECTED TO
**Brian Benner**

Document number __1__, filed on __3/25/2011__ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case. Document was stricken and must be refiled.

☐ Wrong or incomplete PDF image was uploaded. Document was stricken and must be refiled.

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion. Document was stricken. Separate documents must be refiled.

☐ Document is a response or objection to a presentence report or a criminal witness list. Document was stricken.

☐ Document is discovery or a disclosure under Fed. R. Civ. P. 26(a)(1), or a certificate of service thereof. Document was stricken.

☐ PDF image contains an advertisement. Document was stricken and must be refiled.

☑ Parties listed on the initiating document were omitted. Use docket event Addition of Parties to correct.

☐ Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

### Certificate of Service

I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

Date: March 25, 2011                    By: s/Nicole Hollier
                                                               Deputy Clerk