UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE CONLEY, NANCY CONLEY,
Individually, and NANCY CONLEY
as NEXT FRIEND OF J.C., a Minor,

    Plaintiffs,

v.

MLT, INC., a Minnesota corporation,
DIAMOND HOTELS COZUMEL S.A.
de C.V., a foreign corporation, HOLIDAY
VILLAGE WHITE SANDS S.A., a foreign
corporation, OCCIDENTAL HOTELS
MANAGEMENT B.V., a foreign corporation,
OCCIDENTAL HOTELES MANAGEMENT,
S.L., a foreign corporation, and ALLEGRO
RESORTS MARKETING CORPORATION,
a Florida corporation,

    Defendants.

Case No. 2:11-cv-11205

Honorable Sean F. Cox
Magistrate Judge R. Steven Whalen

---

| | |
|---|---|
| BRIAN J. BENNER (P25239) | EBONY L. DUFF (P65431) |
| Attorney for Plaintiffs | Attorney for Defendant MLT, Inc. |
| 28116 Orchard Lake Road | 1000 Woodbridge Street |
| Farmington Hills, MI  48334 | Detroit, MI  48207 |
| 248.737.5544 / 248.737.5545 (fax) | 313.446.5543 / 313.259.0450 (fax) |

---

**STATEMENT OF DISCLOSURE OF CORPORATE
AFFILIATIONS AND FINANCIAL INTEREST**

    Pursuant to E. D. Mich. LR 83.4, Defendant MLT, INC., makes the following disclosure: [NOTE: A negative report, if appropriate, is required.]

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes \_\_\_\_    No  X

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

Parent Corporation/Affiliate Name: _____
Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ____   No  X

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Respectfully submitted,

GARAN LUCOW MILLER, P.C.

s/ Ebony L. Duff
EBONY L. DUFF (P65431)
Attorney for Defendant MLT, Inc.
1000 Woodbridge Street
Detroit, MI  48207
313.446.5543
eduff@garanlucow.com
P65431

Dated:  June 7, 2011
954939.1

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 7, 2011**, my assistant, Susan M. Westphal, electronically filed the foregoing document with the Clerk of the Court using the ECF System which will send notification of such filing to the following:

Brian L. Benner (P25239)
Attorney for Plaintiff

and I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-ECF participants:     **N/A**

GARAN LUCOW MILLER, P.C.

s/ Ebony L. Duff
Ebony L. Duff (P65431)
Attorney for Defendant MLT, Inc.
1000 Woodbridge Street
Detroit, MI  48207-3108
313.446.5543
Email:  eduff@garanlucow.com
P65431

954939.1