**INDEX EXHIBIT TO SUPPLEMENTAL BRIEF**

A     Hammock photos

B     Web site excerpts showing credit card payment, travel agent section

C     Interrogatories, Request to Produce and Deposition Notice to Defendant Occidental Hotels Management BV

D     Interrogatories, Request to Produce and Deposition Notice to Defendant Allegro Resorts Marketing Corp

E     Interrogatories, Request to Produce and Deposition Notice to Defendant MLT, INC.