*EXHIBIT A*




