*EXHIBIT B*



Occidental Hotels & Resorts, with 46 hotels in 31 destinations in 8 countries throughout Europe, Africa and the Americas, is one of the innovative leaders in the industry.
ONE VISION -- FOUR DISTINCT BRANDS -- ROYAL HIDEAWAY | OCCIDENTAL GRAND | ALLEGRO | OCCIDENTAL HOTELS

Occidental Hotels & Resorts offers the finest all-inclusive resorts in Mexico, the Caribbean and Costa Rica, as well as exquisite city hotels in for the business traveler with exceptional service and dining options. Depending on your destination, you can select from four distinct brands, based on your lifestyle. In the leisure market, choose from the sophisticated luxury at the Royal Hideaway, or the diverse sanctuaries in exceptional settings at the Occidental Grand or family-friendly getaways at Allegro resorts. When it comes to our hotels & resorts, you will receive the Occidental promise of uncompromising quality and service.

## HOTELS & RESORTS BY DESTINATION

ARUBA
Occidental Grand Aruba

COSTA RICA
Allegro Papagayo
Occidental Grand Papagayo
Occidental El Tucano
Occidental Torremolinos

DOMINICAN REPUBLIC
Occidental Grand Punta Cana
Allegro Playa Dorada
Occidental El Embajador

TUNISIA
Allegro Abou Sofiane
Allegro Riviera
Occidental Grand Monastir

MEXICO
Allegro Playacar
Occidental Grand Xcaret
Royal Hideaway Playacar
Allegro Cozumel
Occidental Grand Cozumel
Allegro Nuevo Vallarta

SPAIN
Allegro Oasis
Occidental Grand Teguise
Occidental Grand Fuerteventura
Occidental Coral Beach
Occidental Miguel Angel
Occidenral Hotel de la Reconquista
Occidental Sevilla
Occidental Cordoba



Occidental Hotels & Resorts is represented in the USA by Allegro Resorts Marketing Corp.



## OCCIDENTAL HOTELS & RESORTS

THE OCCIDENTAL EXPERIENCE | RESORTS | CITY HOTELS | ACTIVITIES | SPECIALS | BROCHURES | TRAVEL AGENTS





Search — Select — Confirm — Checkout — Payment — Itinerary

**TRIP SUMMARY**

**Room:** Allegro Cozumel
**Checkin:** Wed 11/30/11
**Checkout:** Wed 12/07/11

**Package total $826.03**
Package Rate Per Person **$413.02**

Show full details

**NEW SEARCH?**

Click start over to start a new search.

▶ START OVER

**NEED HELP?**
CALL OCCIDENTAL'S
RESERVATION CENTER

**800-858-2258**

### Please enter contact information

**TOTAL AMOUNT**

| | | |
|---|---|---|
| Package price | $826.03 | **price includes:** All taxes and surcharges. |
| Tax | $0.00 | |
| Total price | $826.03 | |

**TRAVELER INFO**

**Required fields**

**Traveler 1**  Traveler 1 must be the card member. All names must be as per passport.

*First name
*Last name
*Address

*City
State    Pick your state ▼  *Zip
*country United States ▼
* Email
*Phone

Email list ☑ Yes, please contact me in the future via email regarding packages and specials.

**Traveler 2**

*First name
*Last name
*Address

*City

## OCCIDENTAL HOTELS & RESORTS — Travel Agent Marketing Resource Center



ROYAL HIDEAWAY PLAYACAR
(Riviera Maya, Mexico)

## Welcome to Occidental's Travel Agent Marketing Resource Center

Dear Travel Agent, we created this web site just for you, our valued partners. To help you sell and market Occidental Hotels & Resorts with confidence and success. A one-stop resource center where you'll find our latest customizable flyers, images and logos, sales presentations, latest promotions and more.

### Agent Login

E-Mail

Password

Log In
Lost Password
Not Registered?



No need to register if you already have an Occidental Login from our old agent site (occidentalhotels.info). if you are new please register here.

Register

Take a quick peek and discover all of the different marketing tools and resources bookoccidental.com has to offer.

Take a Peek




For Information and Reservations
CALL 1-800-858-2258

About Occidental ■ Contact Us ■ Affiliates ■ Terms & Conditions for Use ■ Privacy Statement

Copyright © 2009 OCCIDENTAL HOTELS & RESORTS. ALL RIGHTS RESERVED.
OCCIDENTAL HOTELS & RESORTS MARKETED IN THE USA BY ALLEGRO RESORTS MARKETING CORP.



## Take a peek to Occidental's Travel Agent Portal

Here is a sampling of marketing resources and tools you'll find in bookoccidental.com



### 1/ Media Center

- Virtual Tours
- Images
- Videos



### 2/ Customizable Flyers

Include your agency's call to action



### 3/ Presentations

- Sales
- Training



## 4/ High Resolution Photos and Logos

Our best and latest images





## 5/ Hotel Fact Sheets

Download hotel facts

## 6/ Special Promotions

Our most current specials and promotions



For Information and Reservations
CALL 1-800-858-2258

About Occidental ■ Contact Us ■ Affiliates ■ Terms & Conditions for Use ■ Privacy Statement

Copyright © 2009 OCCIDENTAL HOTELS & RESORTS. ALL RIGHTS RESERVED.
OCCIDENTAL HOTELS & RESORTS MARKETED IN THE USA BY ALLEGRO RESORTS MARKETING CORP