*EXHIBIT C*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEVE CONLEY, NANCY CONLEY,
Individually and NANCY CONLEY
as NEXT FRIEND OF J. C., a Minor

Plaintiffs                                        Case No. 2:11-cv-11205
                                                  Hon. Sean F. Cox
v.                                                Magistrate Judge R. Steven Whalen

MLT, INC., a Minnesota corporation,
DIAMOND HOTELS COZUMEL S.A.
de C.V., a foreign corporation, HOLIDAY
VILLAGE WHITE SANDS S.A., a foreign
corporation, OCCIDENTAL HOTELS
MANAGEMENT B.V., a foreign corporation,
OCCIDENTAL HOTELES MANAGEMENT,
S.L., a foreign corporation, and ALLEGRO
RESORTS MARKETING CORPORATION,
a Florida corporation

          Defendants,
_____/

| LAW OFFICES OF BENNER & FORAN | EBONY L. DUFF (P65431) |
|---|---|
| BRIAN J. BENNER (P25239) | Attorney for Defendant MLT, Inc |
| NANCY SAVAGEAU (P56546) | 1000 Woodbridge Street |
| DAVID A. PRIEHS (P39606) | Detroit, MI 48207 |
| Attorneys for Plaintiffs | 313-446-5543/313-259-0450(fax) |
| 28116 Orchard Lake Road | |
| Farmington Hills, MI 48334 | |
| 248-737-5544/248-737-5545(fax) | WILLIAM J. CREMER |
| | JOSHUA D. YEAGER |
| ANTHONY J. CALATI (P34994) | CREMER, SPINA, SHAUGHNESSY, |
| Attorney for Allegro Resorts Marketing | JANESEN & SIEGERT, LLC |
| 333 W. Fort Street, Suite 1600 | Counsel for Defendant Occidental Hotels |
| Detroit, MI 48226 | 180 North LaSalle Street Suite 3300 |
| 313-965-6100/313-731-0410(fax) | Chicago, IL 60601 |
| | 312-726-3800 |
_____/

**NOTICE OF TAKING DEPOSITION DUCES TECUM OF THE OCCIDENTAL
HOTELS MANAGEMENT B.V. EMPLOYEE MOST KNOWLEDGEABLE
REGARDING PAST AND PRESENT CONTRACTUAL AND OTHER BUSINESS
RELATIONSHIPS BETWEEN OCCIDENTAL HOTELS MANAGEMENT B.V. AND
CO-DEFENDANTS MLT, INC., ALLEGRO RESORTS MARKETING CORPORATION,
OCCIDENTAL HOTELES MANAGEMENT S.L. AND DIAMOND HOTELS
COZUMEL S.A. DE C.V.**

PLEASE TAKE NOTICE that pursuant to FRCP 30 (b)(6) the Deposition of The Person

Most Knowledgeable Regarding Past and Present Contractual and Other Business Relationships

Between OCCIDENTAL HOTELS MANAGEMENT B.V. and co-defendants MLT, Inc., Allegro

Resorts Marketing Corporation, Occidental Hoteles Management S.L. and Diamond Hotels

Cozumel S.A. de C.V. will be taken according to FRCP 30(b)(6) at a date and location to be

determined at a later time. This deposition duces tecum will be used for all purposes allowable

pursuant to the Federal Rules of Civil Procedure.

The witnesses shall produce at their depositions for inspection and copying:

1.      All documents and other records, including those stored on electronic medium,
        which embody, describe and/or refer to past and/or present contracts and/or other
        agreements which have existed between OCCIDENTAL HOTELS MANAGEMENT
        B.V. and any of the co-defendants.

2.      All documents and other records, including e-mails, text messages and other
        electronic records, which embody, describe and/or refer to communications between
        OCCIDENTAL HOTELS MANAGEMENT B.V. MLT, Inc. which relate in any way
        to the injury of J.C. and/or the claims arising from that injury.

LAW OFFICES OF BENNER & FORAN

By:/s/David A. Priehs (P39606)
BRIAN J. BENNER (P25239)
DAVID A. PRIEHS (P39606)
Attorneys for Plaintiffs
28116 Orchard Lake Road
Farmington Hills, MI 48334
248-737-5544

Dated: November 10, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEVE CONLEY, NANCY CONLEY,
Individually and NANCY CONLEY
as NEXT FRIEND OF J. C., a Minor

Plaintiffs

v.

MLT, INC., a Minnesota corporation,
DIAMOND HOTELS COZUMEL S.A.
de C.V., a foreign corporation, HOLIDAY
VILLAGE WHITE SANDS S.A., a foreign
corporation, OCCIDENTAL HOTELS
MANAGEMENT B.V., a foreign corporation,
OCCIDENTAL HOTELES MANAGEMENT,
S.L., a foreign corporation, and ALLEGRO
RESORTS MARKETING CORPORATION,
a Florida corporation

        Defendants,

Case No. 2:11-cv-11205
Hon. Sean F. Cox
Magistrate Judge R. Steven Whalen

_____/

| | |
|---|---|
| LAW OFFICES OF BENNER & FORAN | EBONY L. DUFF (P65431) |
| BRIAN J. BENNER (P25239) | Attorney for Defendant MLT, Inc |
| NANCY SAVAGEAU (P56546) | 1000 Woodbridge Street |
| DAVID A. PRIEHS (P39606) | Detroit, MI 48207 |
| Attorneys for Plaintiffs | 313-446-5543/313-259-0450(fax) |
| 28116 Orchard Lake Road | |
| Farmington Hills, MI 48334 | WILLIAM J. CREMER |
| 248-737-5544/248-737-5545(fax) | JOSHUA D. YEAGER |
| | CREMER, SPINA, SHAUGHNESSY, |
| ANTHONY J. CALATI (P34994) | JANESEN & SIEGERT, LLC |
| Attorney for Allegro Resorts Marketing | Counsel for Defendant Occidental Hotels |
| 333 W. Fort Street, Suite 1600 | 180 North LaSalle Street Suite 3300 |
| Detroit, MI 48226 | Chicago, IL 60601 |
| 313-965-6100/313-731-0410(fax) | 312-726-3800 |

_____/

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS
REGARDING PLAINTIFFS INTERROGATORIES TO DEFENDANT OCCIDENTAL
HOTELS MANAGEMENT B.V., A FOREIGN CORPORATION**

TO:    COUNSEL OF RECORD

NOW COME the plaintiffs by and through their attorneys, Benner and Foran, and request

that the defendant, Occidental Hotels Management B.V., a foreign corporation according to the

provisions of FRCP 33(b)(2) produce for inspection and copying the following information and

documentation to the Law Offices of Bennner and Foran, 28116 Orchard Lake Road, Farmington

Hills, MI 48334, within thirty (30) days of service of this request upon you.

**DEFINITIONS**

1.    The terms"documents" when used in this Request for Production shall mean, without

limitation, every writing of record of every type and description that is or has been in the possession,

control or custody of Occidental Hotels Management B.V., a foreign corporation or of which

Occidental Hotels Management B.V., a foreign corporation has knowledge, including, without

limitations, files, correspondence, records, evaluations, memoranda, communications, pamphlets,

publications, voice recoding and statistical compilations; every copy of such writing or record where

the original is not in possession, custody or control of defendant, Occidental Hotels Management

B.V., a foreign corporation and every copy of such writing or record where such copy is not an

identical copy of the original.

2.    The term "defendant" when used in this request for production shall refer to

Occidental Hotels Management B.V., a foreign corporation. And also include all agents, employees,

associates and other representatives of and experts and/or consultants hired or retained on behalf of

Occidental Hotels Management B.V., a foreign corporation .

3.    For each document produced, identify the request for production of documents in response to which it is produced and the answer to interrogatory in which it is identified.

## DOCUMENTS REQUESTED

1.    Any and all documents identified in response to Plaintiff's Interrogatories Directed to defendant, Occidental Hotels Management B.V., a foreign corporation. For each document produced, identify the interrogatory and interrogatory subsection to which is corresponds.

<div style="margin-left: 40%;">

By /s/ David A. Priehs (P39606)
LAW OFFICES OF BENNER & FORAN
BRIAN J. BENNER (P25239)
DAVID A PRIEHS (P39606)
Attorneys for Plaintiff
28116 Orchard Lake Road
Farmington Hills, MI 48334-3737
248-737-5544/Fax 248-737-5544
dap@dpriehspc.com

</div>

Dated:   November 10, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEVE CONLEY, NANCY CONLEY,
Individually and NANCY CONLEY
as NEXT FRIEND OF J. C., a Minor

Plaintiffs                                        Case No. 2:11-cv-11205
                                                  Hon. Sean F. Cox
v.                                                Magistrate Judge R. Steven Whalen

MLT, INC., a Minnesota corporation,
DIAMOND HOTELS COZUMEL S.A.
de C.V., a foreign corporation, HOLIDAY
VILLAGE WHITE SANDS S.A., a foreign
corporation, OCCIDENTAL HOTELS
MANAGEMENT B.V., a foreign corporation,
OCCIDENTAL HOTELES MANAGEMENT,
S.L., a foreign corporation, and ALLEGRO
RESORTS MARKETING CORPORATION,
a Florida corporation

            Defendants,
                                                                                    /
LAW OFFICES OF BENNER & FORAN        EBONY L. DUFF (P65431)
BRIAN J. BENNER (P25239)             Attorney for Defendant MLT, Inc
NANCY SAVAGEAU (P56546)              1000 Woodbridge Street
DAVID A. PRIEHS (P39606)             Detroit, MI 48207
Attorneys for Plaintiffs             313-446-5543/313-259-0450(fax)
28116 Orchard Lake Road
Farmington Hills, MI 48334           WILLIAM J. CREMER
248-737-5544/248-737-5545(fax)       JOSHUA D. YEAGER
                                     CREMER, SPINA, SHAUGHNESSY,
ANTHONY J. CALATI (P34994)           JANESEN & SIEGERT, LLC
Attorney for Allegro Resorts Marketing   Counsel for Defendant Occidental Hotels
333 W. Fort Street, Suite 1600       180 North LaSalle Street Suite 3300
Detroit, MI 48226                    Chicago, IL 60601
313-965-6100/313-731-0410(fax)       312-726-3800
                                                                                    /

1

## PLAINTIFFS INTERROGATORIES TO DEFENDANT OCCIDENTAL HOTELS MANAGEMENT B.V., A FOREIGN CORPORATION

NOW COME the Plaintiffs herein, by and through their attorneys, Benner and Foran, and submits the following Interrogatories to each of the above Defendant.

PLEASE TAKE NOTICE that the following Interrogatories are directed to each of the above-captioned Defendants, under the provisions of FRCP 33 and the various subdivisions thereof, and each Defendant is separately required to answer said Interrogatories and to furnish such information as is available to you. The information available to you shall include all information discoverable within the possession or knowledge of your agents, employees, attorneys, investigators or the agents of same, and who are competent to testify as to the facts stated.

You are required to file Answers to the Interrogatories under oath and the answers shall be signed by you according to the provisions of FRCP 33(b)(2). Also, you are required to answer the Interrogatories under oath within thirty (30) days after service of them upon you.

Each of the Interrogatories shall be deemed to be continuing in nature so as to require that supplemental answers be filed if information is obtained in addition to, or if different from, that set forth in the original answers hereto, according to provisions of FRCP 26(e)

### DEFINITIONS

For the purposes of these Interrogatories, the following definitions shall apply:

A.     The term "documents" shall mean, without limitation, every writing or record of every type and description that is or has been in the possession, control or custody of each Defendant or of which it has knowledge, including, without limitations, files, correspondence, records, notes, evaluations, memoranda, communications, pamphlets, publications, voice recordings, computer

2

files, discs, cd-rom, and statistical complications; every copy of such writing or record where the original is not in the possession, custody or control of each Defendant and every copy of such writing or record where such copy is not an identical copy of the original.

B.      The term "Defendant" when used in these Interrogatories shall refer to Occidental Hotels Management B.V. Defendant named in the Complaint and also includes all agents, employees, associates and other representatives of and experts and/or consultants hired by or retained on behalf of each Defendant. The term "Defendants" shall refer to all Defendants named in the Complaint.

## INTERROGATORIES

### Defendant's Direct Business Contacts with the State of Michigan

1.      For each of the calendar years 1990 through 2010, inclusive, state:

   a.   The number of customers who booked rooms in the defendant's resorts located in Mexico, Costa Rica, Aruba and the Dominican Republic.

   b.   The number of customers who booked rooms in the defendant's resorts located in Mexico, Costa Rica, Aruba and the Dominican Republic who made their purchase in the United States.

   c.   The number of customers who booked rooms in the defendant's resorts located in Mexico, Costa Rica, Aruba and the Dominican Republic who resided in the State of Michigan and/or made their purchase from the State of Michigan.

   d.   The defendant's total revenues from defendant's resorts located in Mexico, Costa Rica, Aruba and the Dominican Republic.

**ANSWER:**

2.      Identify and describe all advertising/marketing activities directed to residents of the State

3

of Michigan by or on behalf of Occidental Hotels Management B.V. and/or Occidental Hotels

Management S.L. and/or Allegro Resorts Marketing Corporation during the period from Jan. 1, 1990

through the present.  For each such activity state:

      a.     The nature of the activity, i.e. mailings, television/radio, telephone solicitation, newspaper, magazine or other periodical, etc.
      b.     The media outlet  involved and the volume;
      c.     The periods during which the activities took place;
      d.     The content.

**ANSWER:**




3.     Identify all contracts entered into by or on behalf of Occidental Hotels Management B.V.

with persons and/or other entities residing and/or operating in the State of Michigan.  For each state:

      a.     The parties to the contract and date of execution;
      b.     The subject and terms of the contract;
      c.     The identity of the person presently having possession (name, address, employer and title)

**ANSWER:**




4.     Identify all contracts entered into by or on behalf of Occidental Hoteles Management S.L.

with persons and/or other entities residing and/or operating in the State of Michigan.  For each state:

      a.     The parties to the contract and date of execution;
      b.     The subject and terms of the contract;
      c.     The identity of the person presently having possession (name, address, employer and title)

**ANSWER:**

4

5.    Identify all contracts entered into by or on behalf of Allegro Resorts Marketing Corporation

with persons and/or other entities residing and/or operating in the State of Michigan.  For each state:

      a.    The parties to the contract and date of execution;
      b.    The subject and terms of the contract;
      c.    The identity of the person presently having possession (name, address, employer and
             title)

**ANSWER:**


6.    Identify all meetings conducted/attended by employees/representatives of the defendant

within the State of Michigan.  For each state:

      a.    The date and purpose of the meeting;
      b.    Identify the attendees;


**ANSWER:**


7.    Identify all leasing/rental agreements for real property located in the State of Michigan

entered into by or on behalf of the defendant.


**ANSWER:**


8.    Has the defendant ever been registered or authorized to do business in Michigan and/or

maintained a resident agent in the State of Michigan?  If so, state:

      a.    The nature of the registration/authorization;

5

      b.      The periods of such registration/authorization.

**ANSWER:**

9.      Has the defendant, either directly or through agents, ever offered goods for sale or services for use in Michigan.  If so, state:

      a.      Describe the goods and/or services offered;
      b.      The periods during which such offers were made.

**ANSWER:**

10.      Identify the number of travel agents located in the State of Michigan to whom the defendant has ever paid a commission or other fee.  Also state:

      a.      Identify the contracts or other agreements under the terms of which the commissions/fees were paid.
      b.      The total amount of commissions/fees paid by or on behalf of the defendant during each of the calendar years from 1990 to 2010 inclusive.

**ANSWER:**

11.      Has the defendant offered to travel agents the opportunity to register/enroll for any programs and/or services offered by or on behalf of the defendant?  If so, for each service/program state:

      a.      Describe the service/program and the periods it existed;
      b.      Describe the necessary qualifications to be eligible for the service/program and the means of registration/enrollment;
      c.      Describe the benefits available to registrants/enrollees;

6

      d.     State the total number of registrants/enrollees and of those located in the State of
Michigan.

**ANSWER:**

*Relationship with Co-Defendants*

12.     Identify (name address, employer and title) of all persons who have been responsible for the

day to day operation of the Allegro Cozumel resort (the resort which J.C. was injured on April 11,

2009) which during the period from Jan. 1, 1990 through the present.

**ANSWER:**

13.     Describe defendant Occidental Hotels Management B.V.'s involvement with the Allegro

Cozumel resort (the resort which J.C. was injured on April 11, 2009) during the period from Jan. 1,

1990 through the present.

**ANSWER:**

14.     Describe defendant Occidental Hoteles Management S.L.'s involvement with the Allegro

Cozumel resort  (the resort which J.C. was injured on April 11, 2009) during the period from Jan.

1, 1990 through the present.

**ANSWER:**

7

15.     Describe defendant Allegro Resorts Marketing Corp.'s  involvement with the Allegro Cozumel resort  (the resort which J.C. was injured on April 11, 2009) during the period from Jan. 1, 1990 through the present.

**ANSWER:**

16.     Identify all contracts and other agreements, including operating agreements, which have been entered into between defendant Occidental Hotels Management B.V. and defendant Allegro Resort Marketing, Corp. providing date of execution, title, signatories and person(s) presently having possession.

**ANSWER:**

17.     Identify all contracts and other agreements, including operating agreements,  which have been entered into between defendant Occidental Hotels Management B.V. and defendant Diamond Hotels Cozumel S.A.  providing date of execution, title, signatories and person(s) presently having possession.

**ANSWER:**

8

18.     Identify all contracts and other agreements, including operating agreements, which have been entered into between defendant Occidental Hotels Management B.V. and defendant Occidental Hoteles Management S.L.,  providing date of execution, title, signatories and person(s) presently having possession.

**ANSWER:**


19.     Identify all contracts and other agreements which have been entered into between defendant Occidental Hotels Management B.V. and defendant MLT, Inc.  providing date of execution, title, signatories and person(s) presently having possession.

**ANSWER:**


20.     Identify all contracts and other agreements which have been entered into between defendant Occidental Hoteles Management S.L. and defendant Diamond Hotels Cozumel S.A. de C.V. providing date of execution, title, signatories and person(s) presently having possession.

**ANSWER:**

9

21.    Identify all contracts and other agreements which have been entered into between defendant Allegro Resorts Marketing Corp. and defendant Diamond Hotels Cozumel S.A. de C.V.  providing date of execution, title, signatories and person(s) presently having possession.

**ANSWER:**

22.    Has Occidental Hotels Management BV, its officers, shareholders or subsidiaries received any disbursements of revenue earned by defendant Allegro?  If so, describe each disbursement, the amount and its calculation.

**ANSWER:**

23.    Has Occidental Hoteles Management S.L. its officers, shareholders or subsidiaries received any disbursements of revenue earned by defendant Allegro?  If so, describe each disbursement, the amount and its calculation.

**ANSWER:**

24.    Has Occidental Hoteles Management S.L. its officers, shareholders or subsidiaries received any revenue earned through the operation of the Allegro Cozumel resort at which J.C. was injured on April 11, 2009?  If so, describe each disbursement, the amount and its calculation.

**ANSWER:**

10

25.    Has Occidental Hotels Management B.V., its officers, shareholders or subsidiaries received

any revenue earned through the operation of the Allegro Cozumel resort at which J.C. was injured

on April 11, 2009?  If so, describe each disbursement, the amount and its calculation.

**ANSWER:**

26.    Identify the sources of all operating capital for Allegro Resorts Marketing Corporation for

the years 1990 through 2010 inclusive.

**ANSWER:**

*Internet Marketing*
27.    Identify all web sites on which Occidental Hotels properties have been advertised/marketed.

For each state:

- a.    The domain name and the owner/registrant of the domain name;
- b.    The period of time the web site operated;
- c.    The Occidental Hotels properties advertised/marketed;
- d.    Identify the host for the web site (name, address)
- e.    Identify the number of bookings made to Occidental resort properties in Mexico, the Dominican Republic, Costa Rica and Aruba through the web site annually for the period from Jan. 1, 1990 to Jan. 2011.
- f.    Identify the number of bookings of customers located in the State of Michigan made to Occidental resort properties in Mexico, the Dominican Republic, Costa Rica and

11

Aruba through the web site annually for the period from Jan. 1, 1990 to Jan. 2011.

g.   Provide the total value of bookings made to Occidental resort properties in Mexico, the Dominican Republic, Costa Rica and Aruba through the web site annually for the period from Jan. 1, 1990 to Jan. 2011.

h.   Provide the total value of bookings of customers located in the State of Michigan made to Occidental resort properties in Mexico, the Dominican Republic, Costa Rica and Aruba through the web site annually for the period from Jan. 1, 1990 to Jan. 2011.

i.   Whether the site was interactive to the extent that bookings could be made and payment received;

j.   Describe all agreements under the terms of which Occidental resorts were advertised/marketed on the web site.

**ANSWER:**

28.   Identify all entities which have owned or had any interest in the domain name "Occidental Hotels.com". Also describe each entity's interest in the domain name and the period each interest was held.

**ANSWER:**

By /s/ David A. Priehs (P39606)
LAW OFFICES OF BENNER & FORAN
BRIAN J. BENNER (P25239)
DAVID A PRIEHS (P39606)
Attorneys for Plaintiff
28116 Orchard Lake Road
Farmington Hills, MI 48334-3737
248-737-5544/Fax 248-737-5544
Dated:   November 10, 2011         dap@dpriehspc.com

12