UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE CONLEY, NANCY CONLEY,
Individually and NANCY CONLEY
as NEXT FRIEND OF J. C., a Minor

Plaintiffs                                              Case No. 2:11-cv-11205
                                                        Hon. Sean F. Cox
v.                                                      Magistrate Judge R. Steven Whalen

MLT, INC., a Minnesota corporation,
DIAMOND HOTELS COZUMEL S.A.
de C.V., a foreign corporation, HOLIDAY
VILLAGE WHITE SANDS S.A., a foreign
corporation, OCCIDENTAL HOTELS
MANAGEMENT B.V., a foreign corporation,
OCCIDENTAL HOTELES MANAGEMENT,
S.L., a foreign corporation, and ALLEGRO
RESORTS MARKETING CORPORATION,
a Florida corporation

        Defendants,
_____/

| | |
|---|---|
| LAW OFFICES OF BENNER & FORAN | EBONY L. DUFF (P65431) |
| BRIAN J. BENNER (P25239) | Attorney for Defendant MLT, Inc |
| NANCY SAVAGEAU (P56546) | 1000 Woodbridge Street |
| DAVID A. PRIEHS (P39606) | Detroit, MI 48207 |
| Attorneys for Plaintiffs | 313-446-5543/313-259-0450(fax) |
| 28116 Orchard Lake Road | |
| Farmington Hills, MI 48334 | |
| 248-737-5544/248-737-5545(fax) | JOSHUA D. YEAGER |
| | Attorney for Defendants, Occidental Hotels |
| ANTHONY J. CALATI (P34994) | Management B.V., Occidental Hoteles |
| Attorney for Defendants, Occidental Hotels | Management, S.L. and Allegro Resorts |
| Management B.V., Occidental Hoteles | Marketing Corporation |
| Management, S.L. and Allegro Resorts | 180 North LaSalle Street Suite 3300 |
| Marketing Corporation | Chicago, IL 60601 |
| 333 W. Fort Street, Suite 1600 | 312-726-3800 |
| Detroit, MI 48226 | |
| 313-965-6100/313-731-0410(fax) | |

_____/

## STIPULATED ORDER SCHEDULING DISCOVERY

This matter having come before the Court on stipulation by the parties, the Court having read the Proposed Order and being otherwise fully advised;

IT IS HEREBY ORDERED that the defendants shall serve answers to the interrogatories submitted by plaintiff on or before February 10, 2012 as provided in the Court's order of December 30, 2011.

IT IS FURTHER ORDERED that the defendants shall have until February 29, 2012 to produce for deposition those witnesses whom the plaintiff is authorized to depose pursuant to the Court's order of December 30, 2011.

IT IS FURTHER ORDERED that the plaintiff briefs in opposition to defendants' motions to dismiss shall be filed on or before March 15, 2012.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  January 19, 2012

Agreed as to form:

| | |
|---|---|
| /s/David A. Priehs (P39606) | /s/Ebony L. Duff (P65431) w/consent |
| DAVID A. PRIEHS (P39606) | EBONY L. DUFF (P65431) |
| Attorneys for Plaintiffs | Attorney for Defendant MLT, Inc |
| 28116 Orchard Lake Road | 1000 Woodbridge Street |
| Farmington Hills, MI 48334 | Detroit, MI 48207 |
| 248-737-5544/248-737-5545(fax) | 313-446-5543/313-259-0450(fax) |
| | |
| /s/Anthony J. Calati (P34994) w/consent | /s/ Joshua D. Yeager w/consent |
| ANTHONY J. CALATI (P34994) | JOSHUA D. YEAGER |
| Attorney for Defendants, Occidental Hotels Management B.V., Occidental Hoteles Management, S.L. and Allegro Resorts Marketing Corporation | Attorney for Defendants, Occidental Hotels Management B.V., Occidental Hoteles Management, S.L. and Allegro Resorts Marketing Corporation |
| 333 W. Fort Street, Suite 1600 | 180 North LaSalle Street Suite 3300 |

Detroit, MI 48226  
313-965-6100/313-731-0410(fax)

Chicago, IL 60601  
312-726-3800